## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: CONDEMNATION BY SUNOCO PIPELINE, L.P. OF PERMANENT AND TEMPORARY RIGHTS OF WAY FOR THE TRANSPORTATION OF ETHANE, PROPANE, LIQUID PETROLEUM GAS, AND OTHER PETROLEUM PRODUCTS IN THE TOWNSHIP OF NORTH MIDDLETON, CUMBERLAND COUNTY, PENNSYLVANIA, OVER THE LANDS OF R. SCOTT MARTIN AND PAMELA S. MARTIN

: No. 571 MAL 2016
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

PETITION OF: R. SCOTT MARTIN AND PAMELA S. MARTIN

:
:

IN RE: CONDEMNATION BY SUNOCO PIPELINE, L.P. OF PERMANENT AND TEMPORARY RIGHTS OF WAY FOR THE TRANSPORTATION OF ETHANE, PROPANE, LIQUID PETROLEUM GAS, AND OTHER PETROLEUM PRODUCTS IN THE TOWNSHIP OF NORTH MIDDLETON, CUMBERLAND COUNTY, PENNSYLVANIA, OVER THE LANDS OF DOUGLAS M. FITZGERALD AND LYNDSEY M. FITZGERALD

: No. 572 MAL 2016
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

PETITION OF: DOUGLAS M. FITZGERALD AND LYNDSEY M. FITZGERALD

:
:
:

IN RE: CONDEMNATION BY SUNOCO PIPELINE, L.P. OF PERMANENT AND TEMPORARY RIGHTS OF WAY FOR THE TRANSPORTATION OF ETHANE, PROPANE, LIQUID PETROLEUM GAS, AND OTHER PETROLEUM PRODUCTS IN THE TOWNSHIP OF NORTH MIDDLETON, CUMBERLAND COUNTY, PENNSYLVANIA, OVER THE LANDS OF

: No. 573 MAL 2016
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:

HARVEY A. NICKEY AND ANNA M.    :
NICKEY                                  :
                                             :
                                             :
PETITION OF: HARVEY A. NICKEY AND    :
ANNA M. NICKEY                       :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

    The Application for Relief in the Form of a Motion for Leave to File a Brief in Opposition to the Petition for Allowance of Appeal is also **DENIED**.